UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: Lorelys M Ojeda                                    Case # 23-13727-CLC

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

Valuation

✓ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
___ Fee application needed (see court guideline 6)
✓ Ch 7 is $ 149,899.69   may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
___ Good faith payment to unsecured creditors
___ Income understated per debtor's stubs $          taxes $          co-debtor  stubs $          taxes $
___ Proof of household size (government ID w/ address)  and income of all adults disclosed on Sch J and CMI
___ Spouse's pay advices ☐ Spouse's income not included on Schedule I or CMI
___ Schedule J Expenses: ☐ Provide Proof  line          ☐ Objectionable Line
       ✗ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
✓ Expenses: documentation/calculation: CMI Form B122C-1 line 5
✓ CMI Form B122C-2 line 9 (remove HOA already included line 8)  12, 16, 25
   33d (arrears not in plan, non-homestead has no income)
___ Plan does not pay debtor's calculation of disposable income CMI/DI          x 60 = $
___ ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $          )
☐ Feasibility or ☐ plan payments reduce month          or ☐ balloon payment
___ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
___ Info on transfer  SOFA          undisclosed          ☐ provide  Tolling Agreement(s)
Other:
Explain entering wire $5000 transfer 3/21
large payment of to IRS & mortgage in March not disclosed on SOFA

☐ Reserve right to Recall                                    ☐ Plan includes 100% Language
☐ Documents not provided at least 7 days prior to meeting of creditors for proper review
**On or before 5 pm on JUL - 7 2023 , all documents/explanations with documented back up must be received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. ***Attorneys must upload all documents to Trustee through 13Documents.com.***

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BETWEEN 9 AM AND 2PM THE THURSDAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES.***
          I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Lorelys M Ojeda                                                                 Case # 23-13727  PGH

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 5/22/23

Tax returns:

Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted        ~~employee ID submitted~~        LF 67        LF 10

Plan does not fund properly

Attorney fee itemization or Fee Application needed (see court guideline 6)

  Missing 2016(B)                                        ~~Missing Attorney's Declaration & 2016 Written Quest~~.

✓  Other provisions:    IVL            ✓ 100%        Lawsuit        Gambling        MMM

  Reaffirm. redeem or surrender        Sch D or        G creditor:

  MMM Motion not filed        Valuation motion not filed                Lien Avoidance Motion not filed

  Priority debt on  Schedule E not in plan:

  Creditor in Plan is not listed in Schedules or has not filed a POC:

  Creditor paid through the Plan has not filed a POC:

  Object or Conform to Proof of Claim:    Miami-Dade County        Tax Certificate (DE#    )    Dept of Revenue

    IRS

✓  OTHER PLAN ISSUES: Amend plan to include DSO

✓  Real Estate FMV and Payoff: 7534                        Non-Homestead Info Sheet:

✓  Vehicles FMV (NADA/Carmax). Reg and Payoff:

  Other:

✓  Bank Account Statements        3 months pre-petition #2089/7952/6022  (4/26 - 5/12/23)

Truist (2/12 - 5/12/23)

  Copy of check(s) and/or explanation:

  Explanation of withdrawal(s):

✓  401K/Retirement/Pension - Updated            Annuity                Life Insurance Policy

✓  Domestic Support Obligation form complete with info: name, address and phone

✓  Wage deduction order or Motion to waive

  BDQ & attachments                            Profit/Loss & Balance Sheet

  Business Bank statements and checks        3 months pre-petition

✓  Affidavit of rent/lease

  Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was     served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

**Submitted by NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***